**Order filed March 3, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00721-CV

_____

**AMAZING AUTO SALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1048931**

## ORDER

No reporter's record has been filed in this case. Karen Bernhardt, the official court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. On January 6, 2015, the court issued an order for appellant to pay for preparation of the reporter's record and provide this court with proof of payment on or before January 21, 2015, and we notified appellant that we would order appellant to file a brief without the benefit of a reporter's record if the record was not paid for and filed by February 23, 2015. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we issue the following order:

We ORDER appellant to file a brief in this appeal on or before **April 2, 2015.** If appellant does not timely file the brief as ordered, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM